JAMES T. BRAXTON, as Administrator of EUGENE BRAXTON, Deceased, Appellant, v. BENJAMIN S. MENDELSON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

DANTE GIANNETTINO, an Infant, by JOHN GIANNETTINO, His Guardian ad Litem, Respondent, v. MAKS WEISS, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the authority of *Muller* v. *Hillenbrand* (227 N. Y. 448). Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

INTEROCEAN FORWARDING COMPANY, Appellant, v. CHARLES R. Mc-CORMICK & COMPANY, Respondent.— Order affirmed, with costs. (See *Keeveney* v. *McCormick & Co.*, 266 Fed. Rep. 314.) Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CLIFFORD S. WOODRUFF, Appellant, v. MAX GERMANSKY, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Merrell, J., dissenting.

In the Matter of JAMES T. BUNT, an Attorney.—Application for reargument or for leave to appeal to the Court of Appeals denied. ˙ Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISIDORE BERNSTEIN v. FRANCES BERNSTEIN.— Motion to dismiss appeal denied; the appeal to be noticed for argument and placed on calendar for December 3, 1920, and argued or submitted on that day. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX ESHUK.— Motion granted and order of April 23, 1920, vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALONZO R. PECK and Others v. SAMUEL S. PECK and Others.— Motion granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EUGENE SAXE v. SUGARLAND MANUFACTURING COMPANY.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISIDOR KASNER v. SUSAN M. MERIAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN STAFF, Respondent, v. BEMIS REALTY CORPORATION and Another, Impleaded with ABRAHAM FINKENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BER-NAVA and BARNEY MORTILLARO, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.